IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAIWAN BURTON #167305, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-141-WHA |
| | ) | |
| JAMES DELOACH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ON MOTION

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by

the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this  21st day of February, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE