| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): C Bell  C. Date of Delivery: 2/22/06 |
| 1. Article Addressed to:<br>James Deloach, Warden III<br>Draper Correctional Facility<br>P. O. Box 1107<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 2:06cv141 (pet./order answer due 3/10/06) | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1160 0001 2962 3281 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Benton