Burton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Troy King
   Attorney General for the
   State of Alabama
   11 South Union Street
   Montgomery, AL 36130

2:06cv141 (pet./order ans-due 3/10/06)

2. Article Number
   (Transfer from service label)
   7005 1160 0001 2962 3298

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Taylor    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2/23/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes