ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                     CASE: CC 91 000952 00

| | |
|---|---|
| IN THE CIRCUIT COURT OF MONTGOMERY COUNTY | JUDGE: CNP |

STATE OF ALABAMA                  VS    BURTON TAIWAN RENARD
                                        3803-A MEADOWVIEW DR
CASE: CC 91 000952 00                   MONTGOMERY AL

| | | | |
|---|---|---|---|
| CHARGE: | RAPE 1ST          TYPE: F | DATE WAR/CAP ISSUED: | __/__/__ |
| LITERAL: | RAPE 1ST DEGREE | DATE ARRESTED: | 02/18/91 |
| DEFENDANT STATUS: | JAIL | DATE HEARING: | __/__/__ |
| DEFENSE ATTORNEY: | CASON, JOHN CALVIN  (Keith Ausborn) | DATE RELEASED: | __/__/__ |
| PROSECUTOR: | WATSON, BRENDA DUNN | DATE ARRAIGNED: | 04/17/91 |
| OFFICER: |          COUNSEL: R | DATE TRIAL: _____ TIME: | |
| DATE OF BIRTH: | 12/23/72 | BOND/TYPE SURETIES: | Jail |
| RACE: B | SEX: M | BOND AMOUNT: | $000000.00 |
| ALIAS NAME: | | DATE INDICTED: | 04/10/91 |
| AGENCY: | MMPD | DATE FILED: | 04/16/91 |
| DC CASE NUMBER: | DC 91 000744 00 | WORTHLESS CHECK NO: | |
| GRAND JURY NUMBER: | 315 | COURT REPORTER: | |
| ADDITIONAL INFORMATION AND REMARKS: | | SID NO: | |

Mar. 23 ✓

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4-17-91 | Application for YOA filed |
| 5/10/91 | YOA Denied; PNG/WJT |
| 4/19/91 | Motion for Discovery |
| 7-31-91 | Motion for Physical + Psychological Examination (8-2-91 granted.) |
| 10-24-91 | Order to transport deft. from MCDF to Drs. Miller and Epperson for appt. (Evans) (10-29-91 Ex.) |
| 1-28-92 | Motion for Psychological Exam - filed |
| 2-4-92 | Order for Evaluation |
| 2/20/92 | DEFENDANT COMES INTO COURT WITH HIS ATTORNEY OF RECORD. THE COURT FULLY EXPLAINED DEFENDANT'S CONSTITUTIONAL RIGHTS. THE DEFENDANT ENTERED A PLEA OF GUILTY TO _Rape I_ AND THE COURT BEING OF THE OPINION THAT THE DEFENDANT FULLY UNDERSTANDS HIS RIGHTS, AND THAT THE PLEA IS VOLUNTARILY AND KNOWINGLY ENTERED, THE COURT ACCEPTS HIS PLEA AND FINDS HIM GUILTY OF _Rape I_. THE COURT SETS _4/3_ 19_92_ AT _8:30 a.m._ FOR SENTENCING AND PROBATION DETERMINATION.  Charles Price |

EXHIBIT A

4/10/92  COURT HAVING ASKED THE DEFENDANT IF HE
HAD ANYTHING TO SAY AS TO WHY THE SENTENCE
OF LAW SHOULD NOT NOW BE PRONOUNCED
UPON HIM, AND THE DEFENDANT HAVING HIS
SAY, THE COURT SENTENCED THE DEFENDANT
TO 99 years in the penitentiary. Defendant is to pay court cost, $500 VCCF, restitution and attorney fees. Defendant is to be treated for Sexual Behavior while incarcerated.

Rec'd 4-16-92 / comp

Charles Price

6-5-92 Notice of Withdrawal filed.
5-8-92 Motion for Reconsideration of Sentence filed.
        (5-11-92 Order - Denied.)
6-26-92 Order granting retainment of Keith Ausborn as counsel.
6-4-92 - Notice of withdrawal
6-9-92 Notice of appearance + withdrawal
8-7-92 - Order - Motions to Reconsider Denied
9-8-92 Motion to withdraw plea of Guilty, or in the alternative, Motion for court Ordered Investigator, or in the alternative, Motion for D.N.A. Testing
11-2-92 - Order - motion dated 9/8/92 - Denied
12-4-92 - Petition for Writ of Habeas Corpus
2-8-93 - Order Writ of Habeas Corpus Denied
3-22-93 - Notice of Appeal w/ forms
6-3-93 - Certificate of appeal mailed
6-4-93 - Transcript filed w/ Crim. Appeals
12/30/93 Appeal reversed + remanded - opinion
1/27/94 - Order - Habeas Corpus Petition is hereby returned to deft giving him the opportunity to amend per Rule 32.
1-24-94 - Copy of Order and Petition put in atty K. Ausborn's box.
4-29-94 - Appeal Reversed - Certificate
4-29-94 Certificate of Judgment - Writ Denied
2-21-95 Order - Rule 32 Denied