```
ALABAMA  JUDICIAL  INFORMATION  CENTER
                    CASE ACTION SUMMARY
                    CIRCUIT   CRIMINAL           CASE: CC 91 000952 80
```

| | |
|---|---|
| IN THE CIRCUIT COURT OF MONTGOMERY COUNTY | JUDGE: CNP |
| STATE OF ALABAMA   VS   BURTON TAIWAN RENARD | |
| CASE: CC 91 000952 80 | 3018 ALTHEA STREET |
| | MONTGOMERY     AL  00000-0000 |

```
DOB: 12/23/72  RACE: B  SEX: M  HT: 508  WT: 144  HR: BLK  EYE:
SSN: 418156592   ALIAS NAMES:

CHARGE1: RAPE 1ST DEGREE           CODE1: RAP1 LIT: REMANDED     TYPE: F
CHARGE2:                           CODE2:                        TYPE: F
CHARGE3:                           CODE3:                        TYPE: F
MORE?: N      OFFENSE DATE: 02/16/91   AGENCY/OFFICER: MMPD/

DATE WAR/CAP ISS:   /  /            DATE ARRESTED: 02/18/91
DATE     INDICTED: 04/10/91         DATE    FILED: 06/27/94
DATE     RELEASED:   /  /           DATE  HEARING:   /  /
     BOND AMOUNT:         $.00            SURETIES:

DATE 1: ____  DESC: 0000   TIME: 0000
DATE 2: ____  DESC: 0000   TIME: 0000

DEF/ATY:    AUSBORN, KEITH          TYPE: R                      TYPE:
PROSECUTOR: WATSON, BRENDA DUNN

OTH CSE: 9100074400   CHK/TICKET NO:                GRAND JURY: 315
COURT REPORTER                SID NO: 01195355
DEF STATUS: JAIL      JURY DEMAND:                  OPID: TIH
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-12-94 | Declaration in Support of Request to Proceed in Forma Pauperis |
| 8-5-94 | Answer to Petitioner's Petition for Relief from Conviction |
| 8-5-94 | Motion to Dismiss |
| 2-21-95 | Rule 32 Denied |
| 3-22-95 | Petitioner's Motion for Reconsideration of 2-21-95 Court Order |
| 4-11-95 | Order Denying Motion for Reconsideration |

EXHIBIT D