# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-1927

Taiwan Renard Burton v. State of Alabama  (Appeal from Montgomery Circuit Court: CC91-952.60)

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing the judgment indicated below:

### Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure and the order of dismissal, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 28th day of June, 2005.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Charles Price, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Taiwan Renard Burton, Pro Se
    Office of Attorney General



EXHIBIT F