IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-141-WHA |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer filed by the respondents on March 10, 2006, and for good cause, it is

ORDERED that on or before March 30, 2006 the respondents shall file a supplement to this answer which contains copies of all state court records relevant to the second Rule 32 petition filed by the petitioner in the Circuit Court of Montgomery County, Alabama and a Rule 32 petition Burton claims to have filed on August 26, 2005.

Done this  10th  day of March, 2006.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE