IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| PETITIONER, | ) |
| VS. | ) CIVIL ACTION NO.<br>) 2:06-cv-141-WHA |
| JAMES DELOACH, et al., | ) |
| RESPONDENTS. | ) |

**SUPPLEMENTAL RESPONSE**

Come now Respondents in the above-styled cause by and through the Attorney General of the State of Alabama and in response to this Honorable Court's order of March 10, 2006, file the following documents:

1. Exhibit "G" - Records of the Montgomery County Circuit Court pertaining to Burton's January 31, 2005, Rule 32 petition that was not timely appealed.

2. Exhibit "H" - Records of the Montgomery County Circuit Court pertaining to Burton's August 2005, Rule 32 petition that was denied on September 9, 2005, but not appealed.

Respectfully submitted,

TROY KING, ASB #KIN047
*Attorney General*
By-

/s/Cecil G. Brendle, Jr.
*Assistant Attorney General*
Cecil G. Brendle, Jr.
ID #BRE005

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Taiwan Burton, AIS 167305, P. O. Box 1107, Elmore, AL 36025.

                                                Respectfully submitted,

                                                /s/Cecil G. Brendle, Jr. (CGB005)
                                                Cecil G. Brendle, Jr. (CGB005)
                                                Office of the Attorney General
                                                Alabama State House
                                                11 South Union
                                                Montgomery, AL  36130-0152
                                                Telephone: (334) 242-7300
                                                Fax: (334) 242-2848
                                                E-Mail: cbrendle@ago.state.al.us

113547/91709-001