*Exhibit #2*

CC 91-952.60

**TAIWAN BURTON**
#167305 (6-96)
P.O. BOX 1107
ELMORE, AL 36025

APRIL 4, 2005



Circuit Clerk
Ms. Melissa A. Rittenour
251 S. Lawrence St., 36104

Dear Clerk:

This requisition is in regards to the case entitled <u>Taiwan Burton vs. State of Alabama</u>, case No. CC-~~92~~-952. My position is to request the status of the above case.
     91

Sincerely,

*Taiwan Burton #167305*
TAIWAN BURTON #167305

4-07-05 Your Rule 32 was filed in on 1/28/05. It was processed and sent to Judge Price on 2/09/05. He has not made a Ruling yet. The State filed an answer to your petition on 2/22/05.
                                                                    MR/TR