*Exhibit #3*

*CC 91-952.60*

Taiwan Burton
#167305 (6-96)
P.O. Box 1107
Elmore, AL. 36025

January 27, 2005

Circuit Clerk
Ms. Melissa A. Rittenour
251 S. Lawrence St., 36104

Dear Clerk:

This requisition is in regards to the case entitled **Taiwan Burton vs. State of Alabama**, Case No. CC-92-952. My position is to request the status of the above case.

Sincerely,

Taiwan Burton #167305



*2/18/05*
*Your Rule 32 was sent to Judge Price on 2/09/05. The Judge has not made a decision yet. Copy of this Request sent to Def.*
*MA/TR.*