*Exhibit # 4*

TAIWAN BURTON
#167305 (6-96)
P.O. BOX 1107
ELMORE, AL 36025

JUNE 2, 2005

CIRCUIT CLERK

MS. MELISSA A. RITTENOUR
251 S. LAWRENCE STREET., 36104

Dear Clerk:

This requisition is in regards to the case **Taiwan Burton Vs. State Of Alabama**, Case No. **CC-91-952**. My position is to request the status of the above case.

SINCERELY,

TAIWAN BURTON #167305

The last thing showing is on 3-23-05
your Rule 32 was dismissed.