# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Exhibit # 6

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-1927

Taiwan Renard Burton v. State of Alabama  (Appeal from Montgomery Circuit Court: CC91-952.60)

## ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals orders that said appeal be and the same is hereby DISMISSED as untimely filed. Having this date dismissed said appeal, the Court further orders that the certificate of judgment shall issue forthwith.

Done this the 28th day of June, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Charles Price, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Taiwan Renard Burton, Pro Se
    Office of Attorney General