# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA



H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-2094

Ex parte Taiwan Burton   (In re: State of Alabama vs. Taiwan Burton)   (Montgomery Circuit Court: CC91-952.60)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied. Petitioner's remedy, if any is to file a post-conviction petition pursuant to Rule 32.1(f), Alabama Rules of Criminal Procedure as newly amended effective June 1, 2005.

Done this the 25th day of July, 2005.

H.W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Taiwan Renard Burton, Pro Se
    Hon. Charles Price, Circuit Judge
    Hon. Troy King, Attorney General
    Hon. Eleanor Idelle Brooks, District Attorney