<u>EXHIBIT</u> **#9**

    I, BARBARA PATTERSON, sibling of the Defendant, TAIWAN BURTON, hereby certify that the basis of my Brother's Plea of Guilty on the amended indictment was precipitated by an ALLEGED SETTLEMENT AGREEMENT between the DEFENSE and the STATE, as allegedly <u>DISCUSSED</u> with this HONORABLE COURT, as well as <u>NOTICED</u> to the PROBATION OFFICE. Said ALLEGED SETTLEMENT AGREEMENT was <u>RECALLED</u> in my telephone conversation with my Brother's Defense Counsel, ATTORNEY JOHN CASON, as had on APRIL 13, 1992, on/or about 6:00 A.M. Such a communication is preserved via cassette recording, with the same being a <u>TRUE</u>, <u>ACCURATE</u>, and <u>COMPLETE</u> representation for the basis of said PLEA OF GUILTY, with the same <u>NOT</u> to have been given, but for "STRICT" execution of said ALLEGED SETTLEMENT AGREEMENT...as articulated to said Defendant...per <u>RECALLED</u> on the aforementioned cassette recording.

*Barbara Patterson*
BARBARA PATTERSON
AFFIANT

<u>SWORN</u> before me as being <u>TRUE</u>, <u>ACCURATE</u>, and <u>COMPLETE</u>.

_____
NOTARY