IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-141-WHA |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the response filed by the petitioner on April 11, 2006 (Court Doc. No. 11), and for good cause, it is

ORDERED that on or before April 26, 2006 the respondents shall file a supplemental answer which addresses the petitioner's claim that he is actually innocent of first degree rape.

Done this    12th    day of April, 2006.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE