IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TAIWAN BURTON, #167305, )
 )
Petitioner, )
 )
VS. ) CIVIL ACTION NO. 2:06-CV-141-WHA
 )
 )
JAMES BELOACH, et al., )
 )
Respondent. )

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW the Petitioner in the above-styled cause, Taiwan Burton, pro se, and respectfully moves this Honorable Court pursuant to 18 U.S.C. Section 3006A, and Art. I Section 6 of the Alabama Constitution of 1901, and the Six Amendment to the United State Constitution to Appoint Counsel to represent him at this stage of the proceeding pending in this Court, based on the following:

1.  Petitioner is not able to afford counsel. (See the motion to proceed in forma pauperis filed in this Court).

2.  The State contributed to the complexity of the issues involved in this case, by its failure to disclose the complete procedures history of this case and Petitioner has very limited knowledge of the law with an I.Q. of about 56. He is in need of skilled assistance of counsel, by an attorney of law.

3.  The issues involved in this case will require some investigation of the true procedure history of the case, and presentation of an audio conversation between petitioner's sibling, Barbara Patterson and his attorney at said time, the Honorable John Cason. The petitioner cannot possess audio equipment while confined in state prison this impede petitioner's ability to present a potion of his evidence to this Honorable Court and;

1

4. The prison limits the hours that the petitioner may have access to the law library and the law materials contained there are very limited.

WHEREFORE THE PREMISES CONSIDERED, the ends of justice would best be served in this case it a hearing date is set and an attorney is appointed to represent the petitioner in this cause.

Respectfully submitted this 12th day of May 2006.

*[signature]*
Petitioner
P.O. Box 1107
Elmore, AL 36025

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion upon Attorney for the Defendants, by placing same in the United States Mail, postage prepaid, and properly addressed, as shown below on 12th day of May 2006:

OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130

*[signature]*
OF PETITIONER
Draper Correctional Center
P.O. Box 1107
Elmore, AL 36025

TB/library06