IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-141-WHA |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the supplemental answer filed by the respondents on April 26, 2006 (Court Doc. No. 13), and for good cause, it is

ORDERED that on or before December 27, 2006 the petitioner may file a response to the supplemental answer.

Done this 12th day of December, 2006.

                                              /s/ Delores R. Boyd
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE