RECEIVED

2006 DEC 19  A 9: 37

_____ A. R. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHER DIVISION**

TAIWAN BURTON, # 167305

    PETITIONER,

V.                       CIVIL ACTION NO: 2.06-CV-141-
WHA

JAMES DELOACH, et al,
    RESPONDENTS.

### Petitioner 's Motion For Extension of Time

The Petitioner <u>Taiwan Burton</u>, #167305, by and through Legal Assistance of Law Library Clerk hereby certify that the petitioner is being assisted by a Certified Law Clerk and as Clerk that is assisting the said Petitioner Burton, hereby acknowledge that the Law Library is only open to the General population for a period of (2) hours or less per inmate Monday thru Friday and due to the said Draper Warden only allow the Law Library to open from 2:20 Pm until 4:50 PM. And Petitioner Burton may not even receive the asserted time that is listed because of the way the Dorms are let out of there cells to eat,

And by Petitioner have a Institutional Job assignment from 1: Pm till 7:PM and is not allowed in the Law Library During the Week.

It is at this time I am requesting that and additional of ( 21 ) days be granted in order for me to be allowed to sit and speak with him over the weekends and completed his Objection to Respondent's answer and

Court Order. And I assure this Honorable Court that his Objection/ Response Brief will be completed at that time frame and because there is over 1200 inmates in the general population and I have to assist them daily, this will allow me to completed his response.

This delay is no fault of the Petitioner, but of the Administration, security/Custody and Control because the Law Library is located in a All Purpose Building and due to the Shortage of Staff the Building is some time not open at all.

Sincerely submitted

Taiwan Burton, #167305
Draper Correctional Facility
P. O. Box 1107- 6-96
Elmore, Alabama 36025-1107

Certificate of Service

I certify that I have served a true and correct copy of the foregoing to the Office Of The Clerk United States District Court P.O. Box 711 Montgomery, Alabama 36130-0711 Clerk, on this the said 18th day of December, 2006 by placing in the U.S. Postage pre-paid in full.

I the said Law Clerk Rodney Eugene Judkins certify under penalty of perjury that I am assisting the said Taiwan Renard Burton and that the said true and correct to the best of my knowledge and if granted an additional of (21) day's I will be complete with his Objection to Respondent's Answer an the Court Order And the fault of delay is not of the Appellant Taiwan Burton.

Sincerely

Rodney Eugene Judkins/ Certified Paralegal Assistant