IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-141-WHA |
| JAMES DELOACH, et al., | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on December 19, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the petitioner be GRANTED an extension from December 27, 2006 to and including January 17, 2007 to file his response to the order entered on December 12, 2006 (Court Doc. No. 16).  The petitioner is advised that (i) a response to the aforementioned order is not necessary to the disposition of the issues presented in this case, and (ii) any response filed should *not* repeat arguments previously presented to the court.

Done this 21st day of December, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE