IN THE UNITED STATE DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TAIWAN BURTON, 167305,
  Petitioner,

Vs.

JAMES DELOACH, ET AL,
  Respondent,

## MOTION FOR EXTENSION OF TIME

Come now, the Appellant Taiwan Burton, in the above styled manner and pray this Honorable Court to grant an extension of time of (14) days for the Appellant's reply-breif due to following:

1. The cell the Appellant resides in is constant lock-down status thus denies him time for his litigation.

2. The Law Library just now has supplies coming in to use to start typing the brief.

3. The Appellant must assert that he is not ad fualt for his being denied access to the Law Library due to the lock-down status of his cell.

The Appellant prays that this court would understand the circustances and extend him an additional (14) days to properly research and prepare his objection for this Honaorable court.

Respectfully Submitted,

Taiwan Burton
AIS: 167305 (F2-27A)
Draper Corr. Ctr.
P.O. Box 1107
Elmore, Alabama 36025

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this said Motion For Extension of time to Middle District of Alabama /Middle Distirct of Alabama Office od Clerk United States District Court P.O. Box 711 Montgomery, AL 36101-711 on this the said 24th day of March 2008 postage pre-paid in full.

TAIWAN BURTON

TAIWAN BURTON
A.I.S. #167305
DRAPER CORR. CTR. F2-27A
P.O. BOX 1107
ELMORE, ALABAMA 36025-1107



02 1M                  $ 00.41⁰
0004243890    MAR 25 2008
MAILED FROM ZIP CODE 36025



LEGAL USE ONLY

MIDDLE DISTRICT OF ALABAMA
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711