**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 27, 2008

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Taiwan Burton v. James Deloach et al

Case No.:   2:06cv141-WHA
              Document 22 Objection to Recommendation

This Notice of Correction was filed in the referenced case this date to attach the correct pdf for this document. A copy of the corrected document is attached to this notice.

Case 2:06-cv-00141-WHA-TFM   Document 23   Filed 03/27/2008   Page 2 of 2