IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TAIWAN BURTON, #167305,      )
                                       )
        Petitioner,           )
                                       )
    v.                       )   CIVIL ACTION NO. 2:06-CV-141-WHA
                                       )
JAMES DELOACH, et al.,      )
                                     )
        Respondents.      )

### ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the petitioner on

March 26, 2008 (Court Doc. No. 21), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the petitioner be GRANTED an extension from March 26, 2008 to

and including April 7, 2008 to file an objection to the Recommendation entered herein on

March 13, 2008.

Done this 27th day of March, 2008.

                                    _____/s/ Terry F. Moorer_____
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE