IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TAIWAN BURTON, #167305,     )
     )
     Petitioner,     )
     )
v.     )     CIVIL ACTION NO. 2:06-CV-141-WHA
     )
JAMES DELOACH, et al.,     )
     )
     Respondents.     )

## ORDER ON MOTION

In light of the objection filed by the petitioner on March 26, 2008 (Court Doc. No. 22), and for good cause, it is

ORDERED that:

1.  The order entered on March 27, 2008 (Court Doc. No. 24) allowing petitioner an extension to file an objection be and is hereby VACATED.

2.  The motion for extension of time filed by the petitioner on March 26, 2008 (Court Doc. No. 21) be and is hereby DENIED as moot.

Done this 27th day of March, 2008.

       /s/ Terry F. Moorer      
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE