Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

June 10, 2008

**Appeal Number: 08-13235-E**
Case Style: Taiwan Burton v. James DeLoach
District Court Number: 06-00141 CV-A-N

TO:  Taiwan Burton (167305)

CC:  Debra P. Hackett

CC:  Troy King

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2008

Taiwan Burton (167305)
Draper CF
PO BOX 1107
ELMORE AL 36025-9900

**Appeal Number: 08-13235-E**
Case Style: Taiwan Burton v. James DeLoach
District Court Number: 06-00141 CV-A-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by

the clerk unless the $450 docket and $5 filing fees (total of $455) is paid to the **DISTRICT COURT** clerk, with notice to this office, or appellant requests leave to proceed in forma pauperis <u>on appeal</u> in the district court [See Fed.R.App.P 24(a)]. A form which may be filed in the <u>district court</u> to accomplish this is enclosed.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Gloria Powell (404) 335-6184

c: District Court Clerk

Encl.

HAB-1 (11-2007)