IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIWAN BURTON, #167305, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv141-WHA |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
|    Respondents. | ) |

## ORDER

This case is before the court on an "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" (Doc. #32), filed by the Petitioner on June 19, 2008.

This document is not signed by the Petitioner under penalty of perjury and, therefore, does not constitute an affidavit. Furthermore, on June 5, 2008, the court entered an order denying the Petitioner's Motion for Certificate of Appealability and Motion for Permission to Appeal In Forma Pauperis (Doc. #29). Therefore, to the extent that Doc. #32 might be considered a motion for leave to appeal in forma pauperis, it is hereby

ORDERED that the motion is DENIED.

DONE this 23rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE