Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

July 02, 2008

**Appeal Number: 08-13235-E**
Case Style: Taiwan Burton v. James DeLoach
District Court Number:  06-00141 CV-A-N

TO:   Taiwan Burton (167305)

CC:   Cecil G. Brendle, Jr.

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2008

Taiwan Burton (167305)
Draper CF
PO BOX 1107
ELMORE AL 36025-9900

**Appeal Number: 08-13235-E**
Case Style: Taiwan Burton v. James DeLoach
District Court Number: 06-00141 CV-A-N

We have received a copy of the order of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2. A motion for a certificate of appealability should be filed in this court within the same time period. The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.